## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

RUDOLPH ZURITA, )
         Plaintiff, )    No. 02 C 3771
)
)    Honorable Judge
)    Joan Humphrey
CITY OF CHICAGO, COOK COUNTY )    Lefkow
SHERIFF MICHAEL SHEAHAN, in )
his official capacity, unknown CHICAGO )
POLICE OFFICERS and unknown )
COOK COUNTY SHERIFF'S POLICE )
OFF. all officers sued in their individual )
capacities, )
         Defendants. )

**DOCKETED**

JUN 1 9 2002

**FILED**

JUN 1 8 2002

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF FILING

To:    Mr. Jon Loevy, Esq.
        The Law Firm of Loevy & Loevy
        434 W. Ontario, Suite 400
        Chicago, Illinois 60610

    **YOU ARE HEREBY NOTIFIED** that on **June 18, 2002** I filed with the Clerk of the Court for the Northern District of Illinois, Eastern Division the following **Defendant's Appearance.**

                             RICHARD A. DEVINE
                             State's Attorney of Cook County

                           By:      _____
                              John M. Allegretti
                              Assistant State's Attorney
                              500 Richard J. Daley Center
                              Chicago, Illinois 60602
                              (312) 603-4634

### CERTIFICATE OF SERVICE

    I, John M. Allegretti, Assistant State's Attorney, certify that I served this notice by mailing a copy to the above named person(s) at the above address by depositing a copy of same in the U.S. mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 P.M. on June 18, 2002.

                                        _____
                                        John M. Allegretti

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In the Matter of    RUDOLPH ZURITA v. CITY OF CHICHAGO, et al.

Case Number:02 C 3771

JUDGE: JOAN HUMPHREY LEFKOW

APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

DEFENDANT MICHAEL SHEAHAN, SHERIFF OF COOK COUNTY

DOCKETED

JUN 1 9 2002

| (A) | | (B) | |
|---|---|---|---|
| SIGNATURE *John M. Allegretti* | | SIGNATURE | |
| NAME John M. Allegretti | | NAME John A. Ouska | |
| Assistant States Attorney | | Assistant State's Attorney | |
| FIRM RICHARD A. DEVINE | | FIRM RICHARD A. DEVINE | |
| State's Attorney of Cook County | | State's Attorney of Cook County | |
| STREET ADDRESS 500 Richard J. Daley Center | | STREET ADDRESS 500 Richard J. Daley Center | |
| CITY/STATE/ZIP Chicago, IL 60602 | | CITY/STATE/ZIP Chicago, IL 60602 | |
| TELEPHONE NUMBER 312-603-4634 | | TELEPHONE NUMBER 312-603-6461 | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6228739 | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 3127573 | |
| MEMBER OF TRIAL BAR? YES ☐ NO ☒ | | MEMBER OF TRIAL BAR? YES X NO ☐ | |
| TRIAL ATTORNEY? YES ☒ NO ☐ | | TRIAL ATTORNEY? YES X NO ☐ | |
| | | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | |

| (C) | | (D) | |
|---|---|---|---|
| SIGNATURE | | SIGNATURE | FILED |
| NAME | | NAME | |
| FIRM | | FIRM | JUN 1 8 2002 |
| STREET ADDRESS | | STREET ADDRESS | MICHAEL W. DOBBINS |
| | | | CLERK, U.S. DISTRICT COURT |
| CITY/STATE/ZIP | | CITY/STATE/ZIP | |
| TELEPHONE NUMBER | | TELEPHONE NUMBER | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | | MEMBER OF TRIAL BAR? YES ☐ NO ☐ | |
| TRIAL ATTORNEY? YES ☐ NO ☐ | | TRIAL ATTORNEY? YES ☐ NO ☐ | |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | |